STATE v. CROUCH

No. 13PC

Case below: 48 N.C. App. 72

Petition by Attorney General for discretionary review under G.S. 7A-31 denied 7 October 1980.

STATE v. CURRIE

No. 422PC

Case below: 47 N.C. App. 446

Petition by Attorney General for writ of certiorari to the North Carolina Court of Appeals denied 7 October 1980.

STATE v. DAVIS

No. 41PC

Case below: 48 N.C. App. 526

Petition by defendant for discretionary review under G.S. 7A-31 denied and appeal dismissed 7 October 1980.

STATE v. EVANS

No. 365PC

Case below: 46 N.C. App. 607

Motion of Attorney General to dismiss defendant's appeal for lack of a substantial constitutional question allowed 7 October 1980.

STATE v. GREENWOOD

No. 22PC

No. 152 (Fall Term)

Case below: 47 N.C. App. 731

Petition by Attorney General for discretionary review under G.S. 7A-31 allowed 7 October 1980. Motion of defendant to dismiss appeal for lack of substantial constitutional question denied 7 October 1980.